UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
ARTNET WORLDWIDE CORP, INC.,                                        :
                                                                    :    23 Civ. 1948 (PAE)
                          Plaintiff,                  :
                                                                    :    ORDER
            -v-                                                 :
                                                                    :
FERRIAL MOUNTBATTEN-PRICE,                                          :
                                                                    :
                          Defendants.                :
                                                                    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

       The Court has received an emergency motion to seal in the above-captioned case. Dkt. 7. The Court denies the motion. Defendant's motion does not explain why interests in national security requiring confidentiality have any bearing on this case involving allegations of a failure to pay for purchased artwork.

       SO ORDERED.

                                                                *Paul A. Engelmayer*
                                                                 Paul A. Engelmayer
                                                                 United States District Judge

Dated: April 10, 2023
       New York, New York