**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ARTNET WORLDWIDE CORP, INC.,

                                        Plaintiff,                                      **ORDER**
                                                                                **23-cv-01948 (PAE) (JW)**

                    -against-

FERRIAL H. MOUNTBATTEN
PRICE,

                                        Defendant.
----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

        The Parties are reminded that this action is scheduled for an Initial Case

Management Telephone Conference on **August 17, 2023, at 10:30 a.m.**  The Parties

are reminded they should dial +1 646-453-4442 and enter the pass code 328710405#.

        On June 27, 2023 The Court directed the parties "to complete the Proposed

Case    Management    Plan    and    Report    of    Rule    26(f)    Meeting,    at

https://nysd.uscourts.gov/hon-jennifer-e-willis, and file it on ECF one week before the

scheduled conference." Dkt. No. 25.

        The parties have failed to do so.

        The Parties shall confer and file the proposed plan **before the close of**

**business, tomorrow August 15, 2023**.

        SO ORDERED.

DATED:        New York, New York
                August 14, 2023

                                                        *Jennifer E. Willis*
                                                        _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge