UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARTNET WORLDWIDE CORP, INC.,

                     Plaintiff,

        -against-

FERRIAL H. MOUNTBATTEN PRICE,

                     Defendant.
-----------------------------------------------------------------X

**ORDER**
**23-cv-01948 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held a telephone conference on the morning of the 31st. The Parties' proposed case management plan is approved. Dkt. No. 30.

The Parties agreed that Defendant's pending Motion for Judgment on the Pleadings and pending Motion to Dismiss are now moot in light of Plaintiff's Amended Complaint. Dkt. No. 24.

The Parties further agreed that the Defendant shall have **until September 8th** to file an Answer or submit a new Motion to Dismiss.

The Clerk of the Court is respectfully requested to close Dkt. Nos. 15 and 18.

SO ORDERED.

DATED:    New York, New York
              August 31, 2023

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge