**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ARTNET WORLDWIDE CORP, INC.,

                Plaintiff,

      -against-

FERRIAL H. MOUNTBATTEN PRICE,

                Defendant.
------------------------------------------------------------------X

**ORDER**
**23-cv-01948 (PAE) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendant's Motion to Dismiss and Defendant's Motion to Seal. Dkt. No. 33 and 38. Defendant also filed an *ex parte* letter that attached a medical opinion from one Dr. Williams. Dkt. No. 34-1.

Defendant's Motion to Seal is GRANTED, but Defendant may not file the letter *ex parte*. The Court will adjust the viewing settings for Dkt. No. 34-1 so that the Plaintiff may have access to the letter.

Defendant shall have until **September 26th** to file an Opposition to the Motion to Dismiss.

The Clerk of the Court is respectfully requested to close Dkt. No. 33.

SO ORDERED.

DATED:    New York, New York
              September 15, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge